IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| STACEY LEE HARVEY, | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 5:09-cv-86 (CAR)** |
| | : | |
| v. | : | |
| | : | |
| BRUCE CHATMAN, Warden, et al., | : | |
| | : | |
| **Defendants.** | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S
RECOMMENDATION OF DISMISSAL*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 16] to dismiss this case for Plaintiff's failure to prosecute.  Plaintiff has not filed an objection to the Recommendation.  As set forth by the Magistrate Judge in his Recommendation, Plaintiff has not had any contact with this Court since filing his Complaint in February of 2009, despite the Court's orders instructing Plaintiff to diligently prosecute this action and to respond to Defendants' Motion to Dismiss. Plaintiff has had ample notice and opportunity to contact this Court and has been warned that failure to do so would result in dismissal of this action.  Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED with prejudice** for failure to prosecute.

**SO ORDERED**, this 21st day of January, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH